U.S.

v.

Cameron B. MILLER

No. 17-0481/MC

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 201600392

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Anthony C. ENTWISTLE

No. 17-0500/AR

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 20160309

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

William G. INMAN

No. 17-0492/AR

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 20150042

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to attach documents is
denied.

U.S.

v.

Bryan C. TEED

No. 17-0549/AR

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 20160345

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file
the supplement to the petition for grant of
review granted to September 5, 2017.

